THE CORPORATION OF P. & F. CORBIN, *Respondent*, v. THEODORE H. GORDON and others, *Appellants.*— Judgment reversed and new trial ordered ; costs to abide event. Opinion by TALCOTT, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Appellants, v.* HARVEY W. NASH, *Respondent.*— Order affirmed. Opinion by TALCOTT, J.

LEWIS MAXON, *Respondent*, v. JOHN E. HALL, *Appellant.*— Judgment of the County Court affirmed. Opinion by TALCOTT, J.

HIRAM AUCHUMPAUGH, *Respondent, v.* CHARLES WING, *as Executor*, *etc.*, and others, *Appellants.* — Judgment affirmed with costs. Opinion by TALCOTT, J.

JOSEPH H. MORRIS and others, *Appellants*, v. SAMUEL W. MORRIS and others.— Judgment affirmed with costs. Opinion by TALCOTT, J. ; MULLIN, P. J., not sitting.

HENRY BECKWITH and another, *Respondents*, v. THE ROCHESTER IRON MANUFACTURING Co., *Appellant.* — Judgment affirmed. Opinion by TALCOTT, J.

ADOLPH RAUX, *Appellant*, v. FREDERICK H. A. BRAND, *Respondent.*— Judgment affirmed.

PAYN BIGELOW, *Appellant*, v. GEORGE HALL, *Respondent.*— Judgment affirmed with costs. Opinion by SMITH, J.

BENJAMIN D. SPRING, *Respondent*, v. ALFRED SHORT and another, *Impleaded, etc.*, *Appellants.* — Judgment affirmed with costs. Opinion by SMITH, J. ; TALCOTT, J., concurs in the result.

JOSEPH HENDERSON, *Respondent*, v. JAS. SCOTT, *Appellant.*— Judgment and order affirmed. Opinion by SMITH, J.

BENJAMIN CARTER, *as Overseer of the Poor, etc.*, *Appellant*, v. STERLING LONG, *Respondent.* — Judgment of County Court affirmed. Opinion by SMITH, J.

WILLIAM LOVECRAFT, *Respondent*, v. WILLIAM STANLEY and others, *Appellants.* — Judgment affirmed with costs. Opinion by SMITH, J.

DAVID F. DAY, *Respondent*, v. JAMES C. STRONG, *Appellant*, *Impleaded, etc.*— Judgment reversed and new trial ordered before another referee, costs to abide event.

SEYMOUR D. KINGSLEY, *Appellant*, v. THE TRUSTEES OF THE FIRST METHODIST PROTESTANT CHURCH AND SOCIETY OF ADAMS BASIN, *Respondent.*— New trial ordered, costs to abide event.

JULIA F. DECKER, *Appellant*, v. JAMES McMULLEN, *Respondent.*— Judgment affirmed.